STATE OF NEW YORK
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.3806   AND FILED ON   5/15/2007

THE GUARDIAN NEWS, INC.,

Vs.

VILLAGE OF BRIARCLIFF MANOR, NEW YORK

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
COUNTY OF WESTCHESTER ) SS
)

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/22/2007 at 3:47PM, deponent did serve the within process as follows:

Process Served:

Party Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
VILLAGE OF BRIARCLIFF MANOR, NEW YORK

At Location: 1111 PLEASANTVILLE ROAD
BRIARCLIFF MANOR NY

(herein called recipient) therein named.

By delivering to and leaving with CHRISTINE DENNETT and that deponent knew the person so served to be the VILLAGE CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM    Color of Skin WH    Color of Hair BROWN
Age 35    Height 5'2"
Weight 125    Other Features

Sworn to before me on 5/23/2007

_Gail Williams_ (signature)

_Gary Williams_ (signature)
Gary Williams
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010