UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
The Guardian News, Inc.,

            Plaintiff,

   -against-

Village of Briarcliff Manor, New York,

           Defendant.
------------------------------------X

7:07 Civ 03806 (CLB)
JUDGMENT



    Whereas the above entitled action having been assigned to the Honorable Charles L. Brieant, U.S.D.J., and the Court thereafter on June 1, 2007, having handed down a CIVIL MEMORANDUM TO DOCKET CLERK, dismissing the case, see transcript, it is,

    **ORDERED, ADJUDGED AND DECREED:** that the case is dismissed, see transcript, and the case is hereby closed.

DATED: White Plains, N.Y.
       June 5, 2007

*J. Michael McMahon*
J. Michael McMahon
Clerk Of Court

DOCKETED AS
A JUDGMENT
ON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____